IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:95CV0801 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE HEMANN |
| v. | ) | |
| | ) | |
| UNION CHEESE COMPANY, et al., | ) | **O R D E R** |
| | ) | |
| Defendants. | ) | |

On June 21, 2007 counsel for Guggisberg Cheese, Inc., successor in interest to Defendant Union Cheese Company filed an Unopposed Motion of Guggisberg Cheese, Inc. To Modify Injunction   The motion is granted.


Dated: 7/6/07                                  s/Patricia A. Hemann
                                                       Patricia A. Hemann
                                                       United States Magistrate Judge